# United States Court of Appeals

## For the Eighth Circuit

_____

No. 24-3090

_____

Jamie Reed, As Personal Representative of the Estate of John H. Reed; and Heir at Law of John H. Reed

*Plaintiff - Appellant*

Joseph Reed, Heir at Law of John H. Reed

*Plaintiff*

v.

Cascade Funding Mortgage Trust HB7; PHH Mortgage Corporation

*Defendants - Appellees*

Southlaw P.C.

*Defendant*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: February 12, 2026
Filed: February 18, 2026
[Unpublished]

_____

Before LOKEN, SMITH, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Jamie Reed appeals the district court's[1] adverse grant of summary judgment in this action brought under the Missouri Merchandising Practices Act, Mo. Rev. Stat. § 407.020. After careful de novo review of the record and the parties' arguments on appeal, this court finds no basis for reversal. See Malone v. Hinman, 847 F.3d 949, 947 (8th Cir. 2017) (standard of review); 8th Cir. R. 47B.

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.